ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Davis-Paige Management Systems LLC             )    ASBCA No.   62248
                                               )
Under Contract No.    W911RZ-13-D-0004         )

APPEARANCE FOR THE APPELLANT:          Mr. Michael E. P. Davis
                                         President

APPEARANCES FOR THE GOVERNMENT:        Arthur M. Taylor, Esq.
                                         DCMA Chief Trial Attorney
                                       Kara M. Klaas, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Chantilly, VA

ORDER OF DISMISSAL

The contracting officer's final decision from which this appeal was taken has been rescinded.  Pursuant to the terms of a settlement agreement dated June 8, 2020, the parties have jointly moved to dismiss this appeal without prejudice.  Accordingly, the appeal is dismissed without prejudice.

Dated:  June 15, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62248, Appeal of Davis-Paige Management Systems LLC, rendered in conformance with the Board's Charter.

Dated:  June 16, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals